# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ABINA O'SULLIVAN,**
Appellant,

v.

**CITY OF LIGHTHOUSE POINT, FLORIDA,**
Appellee.

No. 4D22-3422

[July 13, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE22-001992.

Abina O'Sullivan, Lighthouse Point, pro se.

Brian J. Sherman and Michael D. Cirullo, Jr., of Goren, Cherof, Doody & Ezrol, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***